# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAYONARA HART** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-6887** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION "G" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion to Dismiss is **GRANTED**, the Plaintiff's Motion for Summary Judgment is **DENIED**, and Plaintiff's complaint be and is hereby **DISMISSED WITHOUT PREJUDICE.**

**NEW ORLEANS, LOUISIANA,** this 15th day May, 2018.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**